UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAVELLE EUGENE ARMSTRONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF DEPARTMENT OF CORRECTIONS & REHABILITATION MATTHEW CATE,<br><br>　　　　Respondent. | No. CV 11-9794-DMG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's report and recommendation.  The Court agrees with the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The report and recommendation is adopted.

　　　　2.　　Respondent's Motion to Dismiss is granted.

　　　　3.　　Judgment shall be entered consistent with this order.

　　　　4.　　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE