# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAVELLE EUGENE ARMSTRONG, | No. CV 11-9794-DMG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DIRECTOR OF DEPARTMENT OF CORRECTIONS & REHABILITATION MATTHEW CATE, | |
| Respondent. | |

Pursuant to the order adopting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that respondent's Motion to Dismiss is granted and the petition in this matter is denied and dismissed with prejudice.

DATED: September 26, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE